IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANDREW WATSON  PETITIONER

V.  CAUSE NO. 1:21-CV-00180-SA-RP

M.D.O.C./M.T.A., et al.  RESPONDENTS

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondents' motion [8] to dismiss is **GRANTED**. Petitioner's claims challenging the conditions of his confinement are **DISMISSED without prejudice**, and Petitioner's claim requesting parole is **DISMISSED with prejudice**.

**SO ORDERED**, this the 5th day of April, 2022.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**